No. 390, Misc. WATSON v. BANNAN, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 407, Misc. DE VITA v. McCORKLE, ACTING WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied. *Harry Kay* for petitioner. *Charles V. Webb, Jr.* and *C. William Caruso* for respondents.

No. 444, Misc. EX PARTE LONG. Motion for leave to file petition for writ of prohibition denied. *William G. Grant* and *Benicio Sanchez Castano* for petitioner.

No. 534. ELLIS v. DIXON ET AL., MEMBERS OF THE BOARD OF EDUCATION OF THE CITY OF YONKERS. Appellate Division of the Supreme Court of New York, Second Department. Certiorari granted. *Emanuel Redfield* for petitioner. *John Preston Phillips* for respondents.

No. 385, Misc. LEYRA v. DENNO, WARDEN. C. A. 2d Cir. Certiorari granted. *Osmond K. Fraenkel* and *Frederick W. Scholem* for petitioner. *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, *Samuel A. Hirshowitz,* Assistant Attorney General, and *William I. Siegel* for respondent.

No. 78. BINGHAMTON CONSTRUCTION Co., INC. v. UNITED STATES. Court of Claims. Certiorari denied. *Jerome Beaudrias* and *Malcolm R. MacIntyre* for peti-

tioner. *Acting Solicitor General Stern* for the United States.

No. 414. McFee *v.* United States. C. A. 9th Cir. Certiorari denied. *Elden McFarland* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Joseph M. Howard* for the United States.

No. 503. Herrera *v.* United States. C. A. 9th Cir. Certiorari denied. *John C. Stevenson* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 517. Florentine *v.* Landon, District Director of Immigration and Naturalization. C. A. 9th Cir. Certiorari denied. *Dolly Lee Butler* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 520. Ricker et al., doing business as Edw. M. Ricker & Co., *v.* United States. Court of Claims. Certiorari denied. *Harold C. Faulkner* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States.

No. 543. Clay *v.* United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Byron N. Scott* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger* and *Melvin Richter* for the United States.